UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA JACKSON,<br><br>                  Plaintiff,<br><br>v.<br><br>LANDMARK WORLDWIDE, LLC,<br><br>                  Defendant. | 37-02018-00009846-CU-OE-CTL<br><br>Case No.: 18-cv-659-CAB-BGS<br><br>**REMAND ORDER** |

Consistent with the Court's prior order granting Plaintiff leave to file an amended complaint [Doc. No. 9], and because Plaintiff's amended complaint removed any claim under federal law that formed the grounds for Defendant's removal of this lawsuit, it is hereby **ORDERED** that this case is **REMANDED** to San Diego County Superior Court.

It is **SO ORDERED**.

Dated: April 11, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge